In the United States District Court
For the Southern District of Illinois

Jordan Bailey )
  plaintiff )
 ) Case No. 24 cv 2552-SMY
 )
vs. )
 )
 )
Defendants )
 )
 )

## Motion For Merit Review

Plaintiff filed his complaint on 11-27-24 with this Court. It has been months and plaintiff has yet to receive a copy of the court's Merit Review order if one was issued. The facility e-file machine allegedly malfunctioned in January 2025. Plaintiff also moved cells in January 2025. Plaintiff asks this Court for a copy of its Merit Review order if one was issued. Also requests an extention on any deadlines that were put in place due to the plaintiff not receiving the Merit Review Order thru the Institution Delays or mail lost caused by the plaintiff's institution.

/s/ Jordan Bailey #Y31943
 Pro se



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner_esl_iflsd_uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: Bailey, Jordon

ID Number: Y31943

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?  Yes / **No**

   If this is a habeas case, please circle the related statute:  28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?  Yes / **No**

   If yes, please list case number
   
   If yes, but you do not know the case number mark here

3. Should this document be filed in a pending case?  **Yes** / No

   If yes, please list case number  24-CV-2552-SMY

   If yes, but you do not know the case number mark here

4. Please list the total number of pages being transmitted    1

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages  Complaint, 28 pages

Name of Document                                    Number of Pages

Motion for Merit Review                                 1

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.