IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORDAN BAILEY, #Y31943,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 24-cv-02552-SMY |
| | ) |
| **C/O JOHN DOE 1,** | ) |
| **N.P. CRANE,** | ) |
| **N.P. MIKE MOLDENHAUER,** | ) |
| **NURSE NICOLE, AND** | ) |
| **CURRENT WARDEN OF MENARD** | ) |
| **CORRECTIONAL CENTER,** | ) |
| | ) |
| **Defendants.** | ) |

### JOHN/JANE DOE IDENTIFICATION ORDER

**YANDLE, District Judge:**

This matter is before the Court *sua sponte* for case management purposes. This Order reviews Plaintiff's filing fee status and sets forth the process and procedures for the identification and substitution of unidentified Defendants C/O John Doe and Nurse Nicole.

### Filing Fee

Plaintiff was assessed an initial partial filing fee of $28.53. (Doc. 8). The Court notes that Plaintiff paid the initial partial filing fee in full on January 13, 2025.

### Identification of Unknown Defendants

Plaintiff is proceeding against two unknown Defendants, C/O John Doe 1 and Nurse Nicole. (Doc. 16). The Warden of Menard Correctional Center (currently Anthony Wills) has been added as a Defendant in his official capacity for the purpose of assisting with the identification of C/O John Doe 1 and Nurse Nicole. (Doc. 16).

The exchange of information for the purpose of identifying Defendants C/O John Doe 1

1

and Nurse Nicole shall proceed according to the following schedule.

1. Plaintiff shall have until **April 23, 2025** to file a Notice with the Court, and provide to the Warden's attorney, any information he possesses which will help identify C/O John Doe 1 and Nurse Nicole, such as: physical descriptions, gender, rank, partial names/nicknames, specific job assignments, shift times, and locations and dates where Plaintiff interacted with C/O John Doe 1 and Nurse Nicole.

2. The Warden shall have until **May 14, 2025** to file a Notice with the Court and provide Plaintiff the identity of C/O John Doe 1 and Nurse Nicole. If the Warden is unable to identify C/O John Doe 1 and Nurse Nicole, he shall provide Plaintiff with any document or information, including photographs and videos, that may assist in the identification of C/O John Doe 1 and Nurse Nicole[1] by the same deadline. The Warden shall contemporaneously file an affidavit with the Court certifying the steps taken to identify each unknown Defendant based on the information provided or available to the Warden.

3. Plaintiff shall have until **June 4, 2025** to file a motion to substitute specific Defendants for C/O John Doe 1 and Nurse Nicole or, if C/O John Doe 1 and/or Nurse Nicole remain unidentified, to file a motion specifying additional steps that can be taken to identify them.

**Plaintiff's failure to comply with this Order and to identify Defendants C/O John Doe and Nurse Nicole within the required timeframe will result in the dismissal of the**

---

[1] Such documents may include, for example, incident reports; grievances or other related materials, such as responses, grievance logs and counselor's notes; disciplinary tickets, along with any documents related to the resolution of the tickets; Plaintiff's cumulative counseling summary or other log of interactions with staff during the relevant time; correspondence with the chaplain; shakedown slips; and copies of relevant medical records, provided Plaintiff has executed the required release form.

unidentified defendant(s) from the action and may also result in dismissal of the case as a whole for failure to prosecute.  *See* F%%ED%%. R. C%%IV%%. P. 41(b).  The Defendant Warden's failure to comply with this Order in a good faith effort to identify Defendants C/O John Doe and Nurse Nicole will result in the imposition of sanctions.

    **IT IS SO ORDERED.**

    **DATED: 4/2/2025**

    *s/ Staci M. Yandle*
    **Staci M. Yandle**
    **United States District Judge**